UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DULANI MOSI DEGRATE,

    Defendant.

Case: 1:23-cr-20049
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 01-25-2023 At 12:34 PM

Violations:
21 U.S.C. § 841(a)(1)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with intent to distribute cocaine**
**21 U.S.C. § 841(a)(1)**

On or about January 3, 2023, in the Eastern District of Michigan, Dulani Mosi Degrate, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## **FORFEITURE ALLEGATION**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Dated: January 25, 2023                    THIS IS A TRUE BILL

                                                                  s/Grand Jury Foreperson
                                                                  GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance                         s/Roy R. Kranz
ANTHONY P. VANCE                           ROY R. KRANZ (P56903)
Assistant United States Attorney           Assistant U.S. Attorney
Chief, Branch Offices                      101 First Street, Suite 200
                                                                     Bay City, Michigan 48708-5747
                                                                     (989) 895-5712
                                                                     Roy.Kranz@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:23-cr-20049
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 01-25-2023 At 12:34 PM

Case Title: USA v. Dulani Mosi Degrate

County where offense occurred: Saginaw

Check One:   X Felony    _ Misdemeanor    _ Petty

    X    Indictment/____Information --- **no** prior complaint.
_____Indictment/____Information --- based upon prior complaint []
_____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below].*

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date:   January 25, 2023

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: Roy.Kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.